**Electronically Filed
Supreme Court
SCPW-24-0000849
13-MAR-2025
07:50 AM
Dkt. 42 ODMR**

SCPW-24-0000849

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RONDA MELNYCHUK-BESELT,
Petitioner,

vs.

DISCIPLINARY BOARD OF THE HAWAIʻI SUPREME COURT,
Respondent.

---

ORIGINAL PROCEEDING
(DB No. 23-9006)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Toʻotoʻo, in place of Ginoza, J., recused,
and Circuit Judge Kubota, in place of Devens, J., recused)

Upon consideration of Petitioner Ronda Melnychuk-Beselt's motion filed March 8, 2025 seeking reconsideration of this court's order filed on February 26, 2025, and the record, this court has not overlooked or misapprehended points of law or fact. See Hawaiʻi Rules of Appellate Procedure Rule 40(b) (eff. 2000).

The motion is denied.

DATED: Honolulu, Hawai'i, March 13, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Fa'auuga L. To'oto'o

/s/ Peter K. Kubota